IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL HALL, Inmate #B-40832, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 10-cv-897-JPG |
| BETH MORRISON, et al., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis* (Doc. 2). On March 30, 2011, Plaintiff was ordered to pay the $350.00 filing fee in this case not later than April 20, 2011 (Doc. 14). This date has since passed and Plaintiff has not tendered the filing fee in full to this Court. As a result, **IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for failure to comply with an order of this Court. **Fed.R.Civ.P.** 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to close this case. All pending motions are **DENIED** as moot.

IT IS SO ORDERED.

DATED: April 28, 2011

*s/J. Phil Gilbert*
**United States District Judge**